RONNIE O. SHREVE, Plaintiff-Appellant, v. THE BOARD OF EDUCATION OF MT. VERNON HIGH SCHOOL DISTRICT No. 201 *et al.*, Defendants-Appellees.

Fourth District   No. 4—99—0132

Argued October 13, 1999.—Opinion filed December 20, 1999.—Modified on denial of rehearing February 1, 2000.

> Pursuant to an order of the Illinois Supreme Court, the opinion in *Shreve v. Board of Education of Mt. Vernon High School District No. 201*, 309 Ill. App. 3d 670 (1999) (No. 4—99—0132), was withdrawn.